# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            **Plaintiff,**<br><br>**vs.**<br><br>**GREGORY SKINNER,**<br><br>            **Defendant.** | **8:14CR366**<br><br>**ORDER OF DISMISSAL** |

IT IS ORDERED:

1. That the Defendant's Motion to Dismiss his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"), ECF No. 34, is granted;

2. The § 2255 Motion, ECF No. 30, is dismissed, without prejudice;

3. That in granting the Defendant's Motion to Dismiss, all other motions are denied as moot; and

4. The Clerk will mail a copy of this Order to the Defendant at the Defendant's last known address.

Dated this 21st day of March, 2017.

                                            BY THE COURT:

                                            s/Laurie Smith Camp<br>
                                            Chief United States District Judge